UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

GREATER NEW YORK MUTUAL INSURANCE COMPANY,

                        Plaintiff,

-v-

FEDERAL INSURANCE COMPANY,

                        Defendant.

20 Civ. 10644 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

    At today's conference, the Court directed defendant Federal Insurance Company to submit a declaration explaining the basis of this Court's subject matter jurisdiction, in particular whether this case meets the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332. That declaration is due January 29, 2021.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 27, 2021
        New York, New York