UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREATER NEW YORK MUTUAL INSURANCE COMPANY,

                Plaintiff,

-v-

FEDERAL INSURANCE COMPANY,

                Defendant.

20 Civ. 10644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference currently scheduled for June 24, 2021 at 2 p.m. is rescheduled for 3:30 p.m. on the same day.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 9, 2021
       New York, New York