UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREATER NEW YORK MUTUAL INSURANCE COMPANY,

                Plaintiff,

-v-

FEDERAL INSURANCE COMPANY,

                Defendant.

20 Civ. 10644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A case management conference is scheduled for June 24, 2021 at 3:30 p.m. Dkt. 19. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: June 11, 2021
       New York, New York