UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREATER NEW YORK MUTUAL INSURANCE COMPANY,

                        Plaintiff,

-v-

FEDERAL INSURANCE COMPANY,

                        Defendant.

20 Civ. 10644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference presently scheduled for June 24, 2021 at 3:30 p.m. is rescheduled for 2:30 p.m. the same day.

SO ORDERED.

                                                               PAUL A. ENGELMAYER
                                                               United States District Judge

Dated: June 22, 2021
       New York, New York