UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREATER NEW YORK MUTUAL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>            -v-<br><br>FEDERAL INSURANCE COMPANY,<br><br>                    Defendant. | 20 Civ. 10644 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

A case management conference is hereby scheduled for August 5, 2021 at 4 p.m. Due to the current public health crisis, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                                                           PAUL A. ENGELMAYER
                                                                                           United States District Judge

Dated: June 24, 2021
       New York, New York